

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2022

No. 04-22-00535-CR

**EX PARTE** Anner Roberto Henriquez **LOPEZ**

From the County Court, Kinney County, Texas
Trial Court No. 10461CR
Honorable Dennis Powell, Judge Presiding

# O R D E R

On December 2, 2022, the State filed an unopposed motion to consolidate, seeking consolidation of this case with seventeen others and for an extension of time to file its brief. We DENY the motion as to consolidation, but we GRANT the motion as to the extension of time and ORDER the State to file its brief by **January 6, 2023**. The State may file the same brief in multiple cases, if it so desires, by placing all appellate cause numbers in the style and by filing the brief separately in all cause numbers. Further requests for extensions of time will be disfavored.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court